IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ATRON L. WADDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO: CV-407-075 |
| | ) | |
| GLOBUS MEDICAL, INC., ISOTIS | ) | |
| ORTHOBIOLOGICS, INC. and | ) | |
| JASON WILKINS, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON CONSENT MOTION TO DROP DEFENDANT ISOTIS ORTHOBIOLOGICS, INC.

*HAVING READ AND CONSIDERED* the Consent Motion to to Drop Defendant Isotis Orthobiologics, Inc.,

*IT IS HEREBY ORDERED* that Defendant Isotis Orthobiologics, Inc. is dismissed without prejudice, with the caption amended accordingly.

*SO ORDERED*, this, the ___25___ day of June, 2007.

United States District Judge
Southern District of Georgia
Savannah Division

**Order Prepared By:**
Ashleigh R. Madison
Georgia Bar No. 346027
Savage, Turner, Pinson & Karsman
Post Office Box 10600
Savannah, Georgia 31412
912.231.1140