IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUN 25 AM 8: 57

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| ATRON L. WADDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: CV-407-075 |
| ) | |
| GLOBUS MEDICAL, INC., ISOTIS ) | |
| ORTHOBIOLOGICS, INC. and ) | |
| JASON WILKINS, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON CONSENT MOTION TO DROP DEFENDANT ISOTIS ORTHOBIOLOGICS, INC.

*HAVING READ AND CONSIDERED* the Consent Motion to to Drop Defendant Isotis Orthobiologics, Inc.,

*IT IS HEREBY ORDERED* that Defendant Isotis Orthobiologics, Inc. is dismissed without prejudice, with the caption amended accordingly.

*SO ORDERED*, this, the ___25___ day of June, 2007.

_____
United States District Judge
Southern District of Georgia
Savannah Division

**_Order Prepared By:_**
Ashleigh R. Madison
Georgia Bar No. 346027
Savage, Turner, Pinson & Karsman
Post Office Box 10600
Savannah, Georgia 31412
912.231.1140